ORDER:
motion granted.
John Bryant, USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDWIN PAGAN-APONTE, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:09-0800 |
| | ) SENIOR JUDGE WISEMAN |
| v. | ) MAGISTRATE JUDGE BRYANT |
| | ) |
| JOHN McHUGH, Secretary, | ) |
| U.S. Department of the Army, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO CONTINUE FOLLOW-UP CASE MANAGEMENT CONFERENCE

COME NOW the parties, by and through their respective counsel, and hereby move to continue the follow-up case management conference currently set for Monday, May 24, 2010, at 1:30 p.m., to Tuesday, June 1, 2010, at 2:00 p.m, as the parties are currently discussing discovery issues.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF TENNESSEE

BY: s/ Mercedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
BPR #013330
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

s/ Debra A. Wall w/permission
DEBRA A. WALL
Attorney At Law
133 Franklin Street
Clarksville, TN 37040
*Attorney for Plaintiff*